IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BHARATHM RAM NAGAIAH**, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN M. ALLEN, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-2077-KSM |

## ORDER

**AND NOW**, this 27th day of May, 2025, upon consideration of Defendants' motion for summary judgment (Doc. No. 34), Plaintiff's motion for summary judgment (Doc. No. 35), and the parties' subsequent responses and replies (Doc. Nos. 38–41), it is **ORDERED** as follows:

1. For the reasons set forth in the accompanying memorandum, Defendants' motion for summary judgment (Doc. No. 34) is **GRANTED**, and **JUDGMENT** is entered in favor of Defendants as to all claims.

2. Plaintiff's motion for summary judgment (Doc. No. 35) is **DENIED**.

3. The Clerk of Court shall mark this case **CLOSED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.
